**Opinion issued March 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-23-00055-CV

—————————————

**THE CITY OF DENTON, Appellant**

**V.**

**ERNEST PETERMAN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ELLA PETERMAN, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-18532**

---

## MEMORANDUM OPINION

Appellant has filed an amended, unopposed motion to dismiss its appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant appellant's amended motion and dismiss its appeal.

*See* TEX. R. APP. P. 42.1(a)(1).  We also dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Landau.